# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                  **Case No.  6:05-cr-72-Orl-31JGG**

**RONALD WEESE**

_____

## ORDER

Defendant has filed a Motion to Correct Sentence (Doc. 36) contending that the Court failed to comprehend its sentencing discretion under *Booker*. The Court is well aware of its sentencing discretion under 18 U.S.C. 3553 (a). The Court also is aware of its obligation to give due deference to the advisory sentencing guidelines when attempting to fashion a reasonable sentence. Accordingly, the Court, after granting appropriate departures, and considering the statutory factors, chose to sentence Mr. Weese consistent with a Zone B sentence, which requires that at least one month be satisfied by imprisonment. U.S.S.G. 5C1.1(c)(2). Accordingly, it is

**ORDERED** that Defendant's Motion is DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 14, 2005.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Ronald Weese

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE